Commonwealth *v.* McConnell, Appellant.

Argued November 15, 1967. *Milton W. Rosen,* for appellant; *Milo M. Markle, Jr.,* Special District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WRIGHT, J., took no part in the consideration or decision of this case.